**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Luis Antonio Navarro,<br>Petitioner,<br>v.<br>Eric Rokosky, et al.,<br>Respondents. | No. CV-26-04400-PHX-DWL<br>**ORDER** |

On June 24, 2026, Petitioner, through counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") challenging his immigration detention. (Doc. 1.) Respondents filed a Response (Doc. 5), to which Petitioner replied (Doc. 6).

The Executive Office for Immigration Review's Automated Case Information System reflects that after briefing closed, the Board of Immigration Appeals ("BIA") dismissed Petitioner's appeal of his removal order on September 25, 2026. In addition, a search of U.S. Immigration and Customs Enforcement's Online Detainee Locator System returned no matching records for Petitioner. The Court will therefore direct Respondents to file a status report on whether Petitioner remains in custody.

Accordingly,

**IT IS ORDERED** that within **seven days** from the date of this Order, Respondents shall file a status report addressing whether Petitioner remains in immigration custody. If Petitioner is no longer in custody, the status report shall state the date he was released or removed and, if removed, the country to which he was removed. If Petitioner remains in

custody, the status report shall identify the facility where he is detained. The status report shall also state whether Petitioner has filed a petition for review of the BIA's decision in the Ninth Circuit and, if so, whether a stay of removal is in effect.

Dated this 25th day of November, 2026.

Dominic W. Lanza
United States District Judge